**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No.: 03:09-cv-00222-FDW-DSC

| | |
|---|---|
| EXPEDITED LOGISTICS, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LANDSTAR EXPRESS AMERICA, INC., | ) |
| LANDSTAR RANGER, INC. and | ) |
| LANDSTAR TRANSPORTATION | ) |
| LOGISTICS, INC., | ) |
| | ) |
| Defendants.. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice Pro Hac Vice [of Lawrence J. Hamilton, II, Frank Morreale, and Frederick D. Page]" (documents ##33-35) filed April 22, 2010. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.   Signed: April 22, 2010

David S. Cayer
United States Magistrate Judge