IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| EXPEDITED LOGISTICS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    Case No.: 03:09-cv-00222-FDW-DSC<br>) |
| LANDSTAR EXPRESS AMERICA, INC., and LANDSTAR RANGER, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SEAL

**THIS CAUSE** came on upon the Unopposed Motion of the Defendants for an Order sealing the following documents:

1. Deposition Transcript of Bruce Engstrom (4/1/10);

2. Deposition Transcript of Bruce Engstrom (6/22/10);

3. Report prepared by Bruce Engstrom (1/25/10);

4. Revised Calculations prepared by Bruce Engstrom (4/13/10);

5. Supplemental Report prepared by Bruce Engstrom (6/2/10); and

6. Addendum to Report prepared by Bruce Engstrom (7/1/10).

The Motion appearing to be meritorious,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Clerk of the Court shall place the Motion and the above-specified documents **UNDER SEAL**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk shall not **UNSEAL** the

Motion and the above-specified documents unless and until this Court issues a further Order to that effect.

    **SO ORDERED**.        Signed: July 14, 2010

David S. Cayer
United States Magistrate Judge